NUMBER 13-00-048-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________ 


JEANMARIE KACHNIK SALINAS , Appellant, 



v.

 
FELIX SALINAS , Appellee. 

___________________________________________________________________ 


On appeal from the County Court at Law No. 2 

of Galveston County, Texas.

___________________________________________________________________ 



O P I N I O N

Before Chief Justice Seerden and Justices Dorsey and Rodriguez

Opinion Per Curiam

 

 Appellant, JEANMARIE KACHNIK SALINAS , perfected an appeal from a judgment entered by the County Court at
Law No. 2 of Galveston County, Texas, in cause number 93FD1946 . After the record and briefs had been filed, the
parties filed a joint motion to reverse and remand. In the motion, the parties state that they have entered into a mediated
settlement agreement in this matter. 

 The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby REVERSED and
the cause is REMANDED to the trial court for entry of a reformed and/or amended final decree of divorce in accordance
with the parties' mediated settlement agreement. 

PER CURIAM 

Opinion ordered not published. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 8th day of June, 2000 .